IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V. ) | CASE NO: 2:08-MJ-003-CSC |
| ) | |
| **FLORENTINA AVILES-ROSALES** ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Michael J. Petersen, and enters his appearance on behalf of the Defendant, **FLORENTINA AVILES-ROSALES,** in the above-styled case.

Dated this 25th day of January 2008.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Assistant U.S. Attorney, 131 Clayton Street, Montgomery, AL 36101.

          Respectfully submitted,

          s/ Michael J. Petersen
          MICHAEL J. PETERSEN
          Assistant Federal Defender
          201 Monroe Street, Suite 407
          Montgomery, Alabama 36104
          Phone: (334) 834-2099
          Fax: (334) 834-0353
          E-mail: michael_petersen@fd.org
          ASB-5072-E48M