IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:08-MJ-03-CSC |
| | ) | |
| FLORENTINA AVILES-ROSALES | ) | |

**ORDER**

On January 30, 2008, pursuant to Fed. R. Crim. P. 5.1, the court held a preliminary hearing in this case. In view of the government's motion for detention, a detention hearing was set simultaneously in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Based on the evidence presented at the hearing, the court finds that there is probable cause to believe that an offense has been committed and that the defendant committed it. The defendant against whom an ICE detainer was lodged waived her right to a detention hearing. Accordingly, it is

ORDERED that the defendant shall appear for further proceedings as ordered by the court. FED. R. CRIM. P. 5.1(e). It is further

ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in

connection with a court proceeding.

    Done this 30th day of January, 2008.


                                        /s/Charles S. Coody  
                                   CHARLES S. COODY  
                                   CHIEF UNITED STATES MAGISTRATE JUDGE